[No. 46484-1-I.   Division One.   September 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON GARNER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-05787-9, Brian D. Gain, J., entered April 3, 2000. *Affirmed* by unpublished per curiam opinion.


[No. 46845-6-I.   Division One.   September 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CYNTHIA ROCHELL RICE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-00451-2, Philip G. Hubbard, Jr., J., entered June 2, 2000. *Dismissed* by unpublished per curiam opinion.


[No. 47267-4-I.   Division One.   September 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL E. GREATHOUSE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-07773-0, William L. Downing, J., entered August 7, 2000. *Affirmed in part, reversed in part, and remanded* by unpublished opinion per Kennedy, J., concurred in by Cox, A.C.J., and Agid, J. Now published at 113 Wn. App. 889.


[No. 47596-7-I.   Division One.   September 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE CURTIS SCHAFFER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-09836-2, Ronald Kessler, J., entered June 6, 2000. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Cox, A.C.J., and Grosse, J.